**No. 10-9930. T. G., Petitioner v. New Jersey Division of Youth and Family Services.**

564 U.S. 1056, 132 S. Ct. 52, 180 L. Ed. 2d 920, 2011 U.S. LEXIS 5059.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1013, 131 S. Ct. 2925, 179 L. Ed. 2d 1255, 2011 U.S. LEXIS 4003.